UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DAMON FIELDS** | CIVIL ACTION |
| VERSUS | No. 09-4276 |
| **CITY OF NEW ORLEANS, ET AL** | SECTION: B |
| | MAGISTRATE: 2 |

MOTION FOR ~~　~~ PLAINTIFFS REQUEST FOR Extension TIME TO FILE MOTION IN OPPOSITION TO DEFENDANTS MOTION FOR SUMMARY JUDGEMENT

**NOW INTO COURT,** through undersigned counsel, comes Plaintiff, Damon Fields, who respectfully requests that this Honorable Court to allow plaintiff additional time to file motion in opposition to defendants motion for summary judgment. Attorneys for the defendants have no objection, so long as the Court grants permission.

Plaintiff, Damon Fields, currently incarcerated with the Louisiana Department of Corrections in Pineville, LA; has requested Undersigned counsel to file plaintiffs motion in opposition. Undersigned counsel, had previously scheduled to be out of town with family to Charlotte North Carolina, Between Dec 26, 2011 ro January 3 2011, and was unable to file plaintiffs motion in the time allotted by the local rules of court. The trial date for the above case is set for January 23-25, 2012. Undersigned counsel respectfully requests seven to ten

___Fee _____
___Process _____
_X_ Dktd _____
___CtRmDep _____
___Doc. No. _____

(7-10) days to file plaintiffs motion in opposition to defense motion for summary judgment

**WHEREFORE,** Plaintiff prays this Honorable Court Grant Plaintiffs Motion ~~...~~ *Extension of time* to allow plaintiff ~~...~~ to file appropriate Motion in Opposition to defense Motion for Summary Judgment.

Respectfully Submitted:

*/s/ David Capasso*

David Capasso (La Bar # 24990)
Law Office of Capasso & Associates, LLC
4220 Canal Street, New Orleans, LA 70119
Office: (504) 488-6401
Fax: (504) 488-6414
Cell: (504) 250-4246
davidcapasso.attorney@yahoo.com

### Certificate of Service

I David Capasso Certify that I have presented a copy of This Motion to counsel for defendant via electronic mail and facsimile on the **4 day of January 2012**

*/s/ David A. Capasso*

David A. Capasso